DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
SALLIE P. GIBSON, State Bar #172729
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3946
Facsimile: (415) 554-4248
E-Mail: sallie.gibson@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JORGE L. MONTIEL, | Case No. C06-5486 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO JANUARY 26, 2007** |
| vs. | *(signature via facsimile)* |
| CITY AND COUNTY OF SAN FRANCISCO, | Hearing Date: December 15, 2006<br>Time: 2:00 p.m.<br>Place: Ctrm 10, 19th Flr |
| Defendant. | Date Action Filed: 9/7/06<br>Trial Date: Not Set |

WHEREAS, the parties to the above-entitled action are scheduled to attend a case management conference on December 15, 2006 at 2:00 p.m.;

WHEREAS Plaintiff Jorge Montiel ("Plaintiff") and Defendant City and County of San Francisco ("Defendant") are scheduled to begin a trial starting December 11, 2006 in state court on claims brought by Plaintiff concerning events which happened prior to the events that are the subject of this lawsuit;

STIPUL & ORDER TO CONTINUE CMC
CASE NO. C06-5486SI
1
n:\labor\li2006\070331\00414048.doc

1  WHEREAS both Plaintiff and Defendant believe that it would be more effective to have a
2  case management conference in this case after the state court trial has ended and the parties are more
3  able to focus on the pretrial and trial schedule for this case and the possibility of Alternative Dispute
4  Resolution;
5  THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ENTER AN
6  ORDER continuing the case management conference to January 26, 2007 at 2:00 p.m.
7  Dated: December 6, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
SALLIE P. GIBSON
Deputy City Attorney

By: /s/ Sallie P. Gibson
SALLIE P. GIBSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

15  Dated: December 5, 2006

CURTIS G. OLER
LAW OFFICES OF CURTIS G. OLER

By: /s/ Curtis G. Oler
CURTIS G. OLER
Attorney for Plaintiff Jorge Montiel

IT IS SO ORDERED.

Dated: May ___, 2006

/s/ Susan Illston
HONORABLE SUSAN ILLSTON
Judge of the Superior Court

28  STIPUL. & ORDER TO CONTINUE CMC        2
CASE NO. C06-5486SI