IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. MONTIEL, | No. C 06-05486 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SF CITY & COUNTY, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 6, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 20, 2007.

DESIGNATION OF EXPERTS: 11/2/07; REBUTTAL: 12/7/07.
 Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 21, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by August 24, 2007;

 Opp. Due September 7, 2007; Reply Due September 14, 2007;

 and set for hearing no later than September 28, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 5, 2008 at 3:30 PM.

JURY TRIAL DATE: February 19, 2008 at 8:30 AM.,
 Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
none

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge