1 DENNIS J. HERRERA, State Bar #139669
City Attorney
2 ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
3 SALLIE P. GIBSON, State Bar #172729
Deputy City Attorneys
4 Fox Plaza
1390 Market Street, Fifth Floor
5 San Francisco, California 94102-5408
Telephone:     (415) 554-3946
6 Facsimile:     (415) 554-4248
E-Mail:         sallie.gibson@sfgov.org
7

8 Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
9

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. MONTIEL,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant. | Case No. C06-5486 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO JUNE 22, 2007**<br>*(signature via facsimile)*<br>Hearing Date:  June 1, 2007<br>Time:          2:00 p.m.<br>Place:         Ctrm 10, 19th Flr<br><br>Date Action Filed:  9/7/06<br>Trial Date:         2/19/08 |

   WHEREAS, the parties to the above-entitled action are scheduled to attend a case management conference on Friday June 1, 2007 at 2:00 p.m.;

   WHEREAS Plaintiff Jorge Montiel ("Plaintiff") and Defendant City and County of San Francisco ("Defendant") are still awaiting the arbitrator's decision regarding the remedy to be imposed based on his finding that the City violated the Work Preservation Agreement contained its MOU with plaintiff's union, Service Employees International Union (SEIU);

STIPUL & ORDER TO CONTINUE CMC                    1                    n:\labor\li2006\070331\00029623.doc
CASE NO. C06-5486SI

WHEREAS at the last Case Management Conference the Court set further case management conference for June 1, 2007, contingent upon the arbitrator's decision having been handed down, and stated that if it had not, the conference should be continued to some point in the future soon after the parties received the decision,

WHEREAS the arbitrator indicated that he would be likely be issuing a decision in late May or early June, and the parties anticipate and hope that the decision will be available by June 22, 2007

THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ENTER AN ORDER continuing the case management conference to June 22, 2007 at 2:00 p.m.

Dated: May 30, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
SALLIE P. GIBSON
Deputy City Attorney

By: _____
SALLIE P. GIBSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: May ___, 2007

CURTIS G. OLER
LAW OFFICES OF CURTIS O. OLER

By: _____
CURTIS G. OLER
Attorney for Plaintiff Jorge Montiel

IT IS SO ORDERED.

Dated: May ___, 2007

_____
HONORABLE SUSAN ILLSTON
Judge of the Superior Court

STIPUL & ORDER TO CONTINUE CMC
CASE NO. C06-5486SI

2

n:\labor\li2006\070331\00029623.doc