| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788 |
| | Chief Labor Attorney |
| 3 | SALLIE P. GIBSON, State Bar #172729 |
| | Deputy City Attorneys |
| 4 | Fox Plaza |
| | 1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408 |
| | Telephone: (415) 554-3946 |
| 6 | Facsimile: (415) 554-4248 |
| | E-Mail: sallie.gibson@sfgov.org |

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. MONTIEL, | Case No. C06-5486 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY AND MOTION TO COMPEL DEADLINES** |
| vs. | *(signature via facsimile)* |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | Date Action Filed: 9/7/06 |
| | Trial Date: Not Set |

WHEREAS Plaintiff Jorge Montiel ("Plaintiff") has propounded written discovery on the City for which a response is currently due on July 18, 2007;

WHEREAS Plaintiff has also subpoenaed witness Mari Anderson to attend a deposition on July 6, 2007, but Anderson is unavailable due to illness;

WHEREAS the current deadline to complete non-expert discovery is July 20, 2007;

//

//

STIPUL & ORDER TO EXTEND DISCOVERY
CASE NO. C06-5486SI

1

n:\labor\li2006\070331\00423682.doc

1   WHEREAS counsel for Defendant City and County of San Francisco ("Defendant") is
2   unavailable starting July 9 and until July 23, 2007 due to a pre-planned vacation;
3   THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ENTER AN
4   ORDER modifying the Scheduling Order in this case to extend the discovery and motion to compel
5   deadlines as follows:

| Event | Date |
|---|---|
| Completion of non-expert discovery | 8/3/07 |
| Last day to move to compel further responses to discovery | 8/14/07 |

Dated: July 5, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
SALLIE P. GIBSON
Deputy City Attorney

By: _____
SALLIE P. GIBSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: July __, 2007

CURTIS G. OLER
LAW OFFICES OF CURTIS G. OLER

By: _____
CURTIS G. OLER
Attorney for Plaintiff Jorge Montiel

IT IS SO ORDERED.

Dated: July __, 2007

_____
HONORABLE SUSAN ILLSTON
Judge of the Superior Court

STIPUL. & ORDER TO EXTEND DISCOVERY    2
CASE NO. C06-5486SI