**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. MONTIEL, | No. C 06-5486 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Defendant's motion for summary judgment has been granted. Judgment is entered accordingly, in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 1, 2007

SUSAN ILLSTON
United States District Judge